

U.S. Department of Justice

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*  *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

September 4, 2019

The Honorable Mark L. Wolf, Senior United States District Judge
John J. Moakley Courthouse
One Courthouse Way
Boston, MA 02210

     In re: 14-CR-10162-MLW, *United States v. Cameron Lacroix*

Dear Judge Wolf:

     Enclosed please find the Government's admitted exhibits from the hearings held before the Honorable Judge Patti B. Saris on April 25, 2019 and May 10, 2019 regarding case number 14-CR-10227-PBS. The password for the CD is: dMA$$R00037!

     Attached hereto is 14-CR-10227-PBS docket entry number 68, Exhibit and Witness List. While the Exhibit and Witness List indicates that Government Exhibit 8 was neither marked or admitted as an exhibit, the May 10, 2019 transcript indicates that it was admitted on page 2-9. Therefore, Government Exhibit 8 is included in the materials produced to the Court. Additionally, the Government believes that the Exhibit and Witness list has inadvertently mislabeled Exhibit 13. The descriptor of the exhibit is "T-Mobile Records", however, the May 10, 2019 transcript refers to Exhibit 13 as containing pictures on page 2-32, consistent with the Government's stickered Exhibit 13. The Government believes that the T-Mobile records referenced are Defense Exhibit 3.

     The Government has also included Government Exhibits 5 and 6 in the materials produced to the court, which were only allowed *de bene esse* in the first hearing. Also included is Defendant's Exhibit 5. This exhibit is included because it would have been offered as Government Exhibit 12, if not offered and admitted as Defense Exhibit 5.

     Finally, the Exhibit A chalk diagram has been included in these materials produced to the Court. The Exhibit B chalk diagram has not been provided, because despite a diligent search for the record, the Government cannot locate a copy. Exhibit B was a sketch drawn on the back of a piece of paper by Government witness Paul Lee, at the request of Chief Judge Saris. The Government will supplement this letter if it is able to locate this missing chalk.

                                              Respectfully submitted,

                                              ANDREW E. LELLING  
                                            United States Attorney

                                 By:    */s/ Mackenzie A. Queenin*  
                                            Mackenzie A. Queenin  
                                            Assistant United States Attorney

Encl.

cc: Charlie McGinty, Esq.